UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/14

THE PEOPLE OF THE STATE OF NEW YORK

Plaintiff,

v.

ACTAVIS, PLC, and
FOREST LABORATORIES, LLC,

Defendants.

Case No.: 14-cv-7473 (RWS)

## ORDER

Upon the September 17, 2014 motion of Defendants Forest Laboratories, LLC and Actavis, plc to seal the September 15, 2014 Complaint and require a redacted public version of the Complaint to be filed ("Motion to Seal"), the letters submitted by Defendants and the Plaintiff, the People of the State of New York, on September 16, 2014, and the hearing held before this Court on September 17, 2014, it is hereby

**ORDERED** that Plaintiff's opposition to Defendants' Motion to Seal dated September 17, 2014 shall be served by Thursday, September 18, 2014; and it is further

**ORDERED** that Defendants' Reply in further support of their Motion to Seal shall be filed by Friday, September 19, 2014; and it is further

**ORDERED** that the parties will appear before this Court for a hearing on Defendants' Motion to Seal on Wednesday, September 24, 2014, at 12:00 p.m. in Courtroom 18C; and it is further

**ORDERED** that pending the Court's final decision on the Motion to Seal, ~~the Court rules that~~ the Complaint shall be sealed from public record; and it is further

**ORDERED** that Plaintiff shall file a redacted public version of the Complaint in a form agreed upon by the parties; and it is further

**ORDERED** that briefing submitted in support of or in opposition to the Motion to Seal shall be filed under seal.

Dated:   September 17, 2014
         New York, New York

_____
Hon. Robert W. Sweet, U.S.D.J.