UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
STATE OF NEW YORK                               :
by and through ERIC T. SCHNEIDERMAN,            :    Case No.: 14-CV-7473 (RWS)
     Attorney General                           :
                                                :    NOTICE OF MOTION FOR
          Plaintiff,                            :    PRELIMINARY INJUNCTION
     v.                                         :
ACTAVIS, PLC, and                               :
FOREST LABORATORIES, INC.,                      :
          Defendants.                           :
-----------------------------------------------------------------x
```

PLEASE TAKE NOTICE that Plaintiff State of New York, by and through Attorney General Eric T. Schneiderman, will move this Court, pursuant to Fed. R. Civ. P. 65, upon the contemporaneously filed memorandum of law in support of the motion, as well as all declarations, exhibits, papers, pleadings, evidence, and testimony on file in this case, before the Honorable Robert W. Sweet, Senior United States District Judge, located at the United States Courthouse, 500 Pearl Street, Courtroom 18C, on Monday, November 10, 2014, at 9:00 am, or as may otherwise be scheduled by the Court, for an Order preliminarily enjoining Defendants from discontinuing or otherwise restricting the availability of Defendants' drug Namenda until final resolution of this litigation, and requiring them to promptly notify physicians, caregivers and the public of any such order, and for such other and further relief as the Court may deem just and proper.

Dated: September 24, 2014

New York, New York

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York

By: _____

ERIC J. STOCK
Chief, Antitrust Bureau

ELINOR R. HOFFMANN
Senior Enforcement Counsel, Antitrust

JEREMY R. KASHA
SAAMI ZAIN
ZACH BIESANZ
Assistant Attorneys General

KARLA G. SANCHEZ
Executive Deputy Attorney General
for Economic Justice