**WHITE & CASE**

Direct Dial +1 202 626 3662    pcarney@whitecase.com

November 13, 2014

BY HAND

The Honorable Robert W. Sweet
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312



RECEIVED
NOV 13 2014
JUDGE SWEET CHAMBERS

Re:   *The People of the State of New York v. Actavis, plc and Forest Laboratories, LLC,*
      14 cv 7473 (S.D.N.Y.)

Dear Judge Sweet:

As discussed with the Court yesterday, there was an apparent miscommunication within the Court reporter service that resulted in the Clerk's Office providing access by two non-parties to copies of transcripts of the closed sessions of the hearing. We learned of the issue because one of those copies went to the counsel of a generic competitor who promptly notified us and destroyed the transcripts of the closed sessions without reading them.

To address the other copy that apparently went out, we requested yesterday that the Clerk's Office identify the recipient so that we may follow up and confirm destruction of the transcript. The Clerk's Office informs us that an order is needed from the Court for us to receive that information.

We respectfully request that the Court authorize the Clerk's office provide the identity so that we may ensure the confidentiality of the transcript.

Respectfully,

/s/ Peter J. Carney

Peter J. Carney

cc:   Eric J. Stock, Esq. (via e-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/14

So ordered

Sweet
USDJ
11-13-14