UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

----------------------------------------------------------------x

      The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

      ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  The People of the State of New York v. Actavis, PLC and Forest Laboratories, LLC
, No. 14-7473.

The date(s) for which such authorization is provided is (are) December 12-15.

| Attorney | Device(s) |
|---|---|
| 1. Jack E. Pace | Laptop, Cell Phone, Blackberry |
| 2. Peter J. Carney | Laptop, Cell Phone, Blackberry |
| 3. J. Mark Gidley | Laptop, Cell Phone, Blackberry |

*(Attach Extra Sheet If Needed)*

      The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 12/2/14

_____
United States Judge

Revised: February 26, 2014

| Attorney | Devices |
|---|---|
| 4. Marty Toto | Laptop, Cell Phone, Blackberry |
| 5. Heather McDevitt | Laptop, Cell Phone, Blackberry |
| 6. Eileen Cole | Laptop, Cell Phone, Blackberry |
| 7. Claire DeLelle | Laptop, Cell Phone, Blackberry |
| 8. Jaime M. Crowe | Laptop, Cell Phone, Blackberry |
| 9. Michael Gallagher | Laptop, Cell Phone, Blackberry |
| 10. Charles Moore | Laptop, Cell Phone, Blackberry |
| 11. Philip Barber | Laptop, Cell Phone, Blackberry |
| 12. Noah Brumfield | Laptop, Cell Phone, Blackberry |
| 13. Christopher Volpe | Laptop, Cell Phone, Blackberry |
| 14. Holly Letourneau | Laptop, Cell Phone, Blackberry |
| 15. Kristen O'Shaughnessy | Laptop, Cell Phone, Blackberry |
| 16. Bryn Pallesen | Laptop, Cell Phone, Blackberry |
| 17. Kevin Adam | Laptop, Cell Phone, Blackberry |
| 18. Stephen Fraser | Laptop, Cell Phone, Blackberry |
| 19. Celia McLaughlin | Laptop, Cell Phone, Blackberry |
| 20. Amanda Murphy | Laptop, Cell Phone, Blackberry |
| 21. Kelly Bonner | Laptop, Cell Phone, Blackberry |
| 22. Lexie Calistri | Laptop, Cell Phone, Blackberry |
| 23. David Courchaine | Laptop, Cell Phone, Blackberry |
| 24. Mario Velez | Laptop, Cell Phone, Blackberry |
| 25. Ryan Colletti | Laptop, Cell Phone, Blackberry |
| 26. Bob Bailey | Laptop, Cell Phone, Blackberry |
| 27. John Duff | Laptop, Cell Phone, Blackberry |
| 28. Joshua Weedman | Laptop, Cell Phone, Blackberry |
| 29. Kelly Newman | Laptop, Cell Phone, Blackberry |