UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IN THE MATTER OF AN APPLICATION
TO BRING AN ELECTRONIC DEVICE(S)
INTO THE DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
FOR USE IN A TRIAL OR PROCEEDING
------------------------------------------------------------ x

      I hereby authorize the following person(s) to bring the General Purpose Computing Device(s) ("GPCD") listed below into the Courthouse for use in a trial or proceeding in the action entitled <u>The People Of The State of NY v. Actavis plc and Forest Laboratories, LLC, index no. 14-cv-7473 (RWS)</u> which will take place on December 15, 2014.

| Person(s) | Devices) |
|---|---|
| Candi Hauff (RLM/TrialGraphix) | Laptops (2), Cell Phone & Blackberry |
| Ian Andryszak (RLM/TrialGraphix) | Laptops (2), Cell Phone & Blackberry |
| Kristen O'Shaughnessy | Laptop, Cell Phone, Blackberry, |
| Kevin Adam | Printer, Laptop, Cell Phone, |

      The persons(s) identified in this Order must present a copy of this Order when entering the Courthouse. Their bringing of the equipment into the building constitutes a certification by them that the electronic device(s) lack (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions. They shall comply in all respects with the requirements printed on the reverse side of this page.

SO ORDERED:

Dated: 12-12-14

HONORABLE ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE