UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



THE PEOPLE OF THE STATE OF NEW YORK, by and through ERIC T. SCHNEIDERMAN, Attorney General,

    Plaintiff,

v.

ACTAVIS plc and
FOREST LABORATORIES, LLC,

    Defendants.

No.: 14-cv-7473

**FILED UNDER SEAL**

### ORDER TO SHOW CAUSE
### FOR STAY OF PRELIMINARY INJUNCTION PENDING APPEAL

Upon Defendants' memorandum of law, the declarations of William J. Meury, dated December 12, 2014, William P. Kane, dated December 12, 2014, Daniel Blakely, dated December 12, 2014, LuMarie Polivka-West, dated December 12, 2014, and Hartmut Erlinghagen, dated December 12, 2014, it is hereby

ORDERED, that Plaintiff show cause before this Court, Room 23B, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on December 15, 2014, at 12:00 p.m., why an order should not be issued pursuant to Rule 62 of the Federal Rules of Civil Procedure staying the Opinion and Order granting Plaintiff's motion for a preliminary injunction issued by this Court on December 11, 2014 (the "Injunction Order"), pending appeal to the United States Court of Appeals for the Second Circuit, and:

ORDERED that personal service of a copy of this order and annexed papers upon Plaintiff's counsel on or before  5  p.m. on December 12, 2014, shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: 12-12-14

_____
Robert W. Sweet
United States District Judge