```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,

                Plaintiff,                    14 Civ. 7473

     -against-                                ORDER

ACTAVIS, PLC, and
FOREST LABORATORIES, LLC,

                Defendants.
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/14

Upon the findings of fact and conclusions of law set forth in the Opinion of this Court dated December 11, 2014, it is hereby ORDERED that:

1. During the Injunction Term as defined below, the Defendants shall continue to make Namenda IR (immediate-release) tablets available on the same terms and conditions applicable since July 21, 2013 (the date Namenda XR entered the market).

2. On or before December 23, 2014, Defendants shall inform healthcare providers, pharmacists, patients, caregivers, and health plans of this injunction (and provide a copy of the injunction or other means to easily view the injunction) and the continued availability of Namenda IR in the same or

1

substantially similar manner in which they informed them of Defendants' plan to discontinue Namenda IR in February 2014.

3. The Defendants shall not impose a "medical necessity" requirement or form for the filling of prescriptions of Namenda IR during the Injunction Term.

4. In order to allow for an orderly transition, this injunction shall be effective from the date of issuance until thirty days after July 11, 2015 (the date when generic memantine will first be available) (the "Injunction Term").

New York, NY
December 15, 2014

_____
ROBERT W. SWEET
U.S.D.J.