UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK,

        Plaintiff,        14 Civ. 7473

  -against-                      ORDER

ACTAVIS, PLC, and
FOREST LABORATORIES, LLC,

        Defendants.

---------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/15/14

    Upon the findings of fact and conclusions of law set forth in the Opinion of this Court dated December 11, 2014, Defendants' request for a stay of the preliminary injunction issued December 15, 2014 is denied.

New York, NY
December 15, 2014

                                            _____
                                             ROBERT W. SWEET
                                                 U.S.D.J.