UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, by and through ERIC T. SCHNEIDERMAN, Attorney General,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ACTAVIS plc and<br>FOREST LABORATORIES, LLC,<br><br>　　　　　Defendants. | Case No.: 14-cv-7473<br><br>**NOTICE OF APPEAL** |

　　　NOTICE IS HEREBY GIVEN THAT Actavis plc and Forest Laboratories, LLC ("Defendants") hereby appeal to the United States Court of Appeals for the Second Circuit from all aspects of the Opinion Granting Plaintiff's Motion for Preliminary Injunction, dated and entered in this proceeding on December 11, 2014 (Docket No. 80), and the accompanying Preliminary Injunction Order, dated and entered in this proceeding on December 15, 2014 (Docket No. 84).

Dated: New York, New York
　　　　December 16, 2014

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/　J. Mark Gidley
　　　　　　　　　　　　　　　　　　　　WHITE & CASE LLP
　　　　　　　　　　　　　　　　　　　　Jack E. Pace III
　　　　　　　　　　　　　　　　　　　　Martin M. Toto
　　　　　　　　　　　　　　　　　　　　1155 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　Tel.: (212) 819-8200
　　　　　　　　　　　　　　　　　　　　Fax: (212) 354-8113
　　　　　　　　　　　　　　　　　　　　jpace@whitecase.com
　　　　　　　　　　　　　　　　　　　　mtoto@whitecase.com

　　　　　　　　　　　　　　　　　　　　J. Mark Gidley
　　　　　　　　　　　　　　　　　　　　Peter J. Carney (PHV)
　　　　　　　　　　　　　　　　　　　　Claire A. DeLelle

701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel.: (202) 626-3600
Fax: (202) 639-9355
mgidley@whitecase.com
pcarney@whitecase.com
claire.delelle@whitecase.com
cmoore@whitecase.com

Lisa S. Blatt
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Tel: (202) 942-5842
Fax: (202) 942-5999
lisa.blatt@aporter.com

George T. Conway III
WACHTELL, LIPTON, ROSEN & KATZ
51 W 52nd Street
New York, NY  10019
Tel: (212) 403-1260
Fax: (212) 403-2260
GTConway@wlrk.com

*Counsel for Defendants Actavis plc and Forest Laboratories, LLC*